No. 1285. UNITED STATES v. BASS. C. A. 2d Cir. [Certiorari granted, 401 U. S. 993.] Motion of respondent for appointment of counsel granted. It is ordered that William E. Hellerstein, Esquire, of New York, New York, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 5515. HUMPHREY v. CADY, WARDEN. C. A. 7th Cir. [Certiorari granted, 401 U. S. 973.] Motion of petitioner for appointment of counsel granted. It is ordered that Irvin B. Charne, Esquire, of Milwaukee, Wisconsin, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.